D. Gregory Valenza (California Bar No. 161250)
Alexander M. Sperry (California Bar No. 205563)
Shaw Valenza LLP
300 Montgomery Street, Suite 788
San Francisco, California 94104
(415) 983-5960
GValenza@shawvalenza.com
asperry@shawvalenza.com

Kent Brockelman (Arizona Bar No. 009627)
Scott M. Bennett (Arizona Bar No. 022350)
Coppersmith Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-1009
(602) 224-0999
kbrockelman@csblaw.com
sbennett@csblaw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY LINDSEY, <br><br> Plaintiff, <br><br> v. <br><br> BANNER HEALTH DISABILITY PLAN, <br><br> Defendants. | CIV NO. S-2:10-02957-KJM-KJN <br><br> **ORDER CONTINUING EXPERT DISCLOSURE DEADLINE** |

Based on a stipulation by the parties, good cause appearing, the current deadline for disclosure of expert witnesses set for July 25 is hereby VACATED. IT IS FURTHER ORDERED that, as part of their briefing on the merits of the case, the parties may argue their positions on whether the Court should admit expert opinions in this case, and on what issue(s).

{00019048.1 }

After reviewing the parties' briefing, if the Court believes that expert opinions are necessary, it will issue an order that informs the parties of the decision, identifies the issue(s) on which expert opinions are necessary, and sets a deadline for the parties to disclose experts.

DATED:  August 1, 2011.

UNITED STATES DISTRICT JUDGE